**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JOHN HECK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORION GROUP HOLDINGS, INC., MARK R. STAUFFER, CHRISTOPHER J. DEALMEIDA, and ROBERT L. TABB,<br><br>Defendants. | Case No.: 4:19-cv-01337 |

**DECLARATION OF JOE KENDALL IN SUPPORT OF MOTION OF JOHN HECK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Joe Kendall, declare as follows:

1.      I am an attorney with the law firm of Kendall Law Group, PLLC, [proposed] liaison counsel for [proposed] lead plaintiff John Heck ("Movant") and for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Notice published in *Business Wire* on April 11, 2019, announcing the pendency of the securities class action against defendants herein:

1

*Heck v. Orion Group Holdings, Inc. et. al.*, Case No. 4:19-cv-01337;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in Orion Group Holdings, Inc. securities; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:   Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2019

/s/ Joe Kendall
Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: jkendall@kendalllawgroup.com

*[Proposed] Liaison Counsel for Plaintiff and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 10, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Joe Kendall
Joe Kendall

2