United States District Court
Southern District of Texas

**ENTERED**

July 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19cv01337 |
|---|---|---|---|

| JOHN HECK, individually and On Behalf of All Others Similarly Situated, Plaintiff |
|---|

| *versus* |
|---|

| ORION GROUP HOLDINGS, INC., MARK R. STAUFFER, CHRISTOPHER J. DEALMEIDA, and ROBERT L. TABB, Defendants |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas E. Slattery<br>Jones Walker LLP<br>201 St. Charles Avenue - 49th Floor<br>New Orleans, LA 70170-5100<br>Telephone: 504-582-8724<br>Email: tslattery@joneswalker.com<br>Louisiana Bar No. 36944 |
|---|---|

| Name of party applicant seeks to appear for: | ORION GROUP HOLDINGS, INC., MARK R. STAUFFER, CHRISTOPHER J. DEALMEIDA and ROBERT L. TABB |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/29/19 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: *[handwritten]* |
|---|
| Dated: 7/15/2019 | Clerk's signature *[signature]* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 7/15/19 | *[signature]*<br>United States District Judge |