United States District Court
Southern District of Texas

**ENTERED**

July 15, 2019

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JOHN HECK, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:19-cv-01337 |
| Plaintiff, | |
| v. | |
| ORION GROUP HOLDINGS, INC., MARK R. STAUFFER, CHRISTOPHER J. DEALMEIDA, and ROBERT L. TABB, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the motion of John Heck for appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1)    The Motion is GRANTED;

2)    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints John Heck as Lead Plaintiff; and

3)    Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Kendall Law Group, PLLC as Liaison Counsel for the class.

**SO ORDERED.**

Dated: __July    15__, 2019

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

1