**Exhibit 1**: Dallas/Fort-Worth Monthly and Annual Precipitation from 1899-present

# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## DFW - Monthly and Annual Precipitation

Weather.gov > Fort Worth/Dallas, TX > DFW - Monthly and Annual Precipitation

**Fort Worth/Dallas, TX**
Weather Forecast Office

Current Hazards    Current Conditions    Radar    Forecasts    Rivers and Lakes    Climate and Past Weather    Local Programs

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|-------|
| 2019 | 1.58 | 1.29 | 2.01 | 6.75 | 8.15 | 4.13 | 0.78 | 2.44 | T | 4.42 | 1.80 | | |
| 2018 | 0.85 | 11.31 | 2.90 | 0.77 | 1.87 | 1.27 | 0.25 | 2.99 | 12.69 | 15.66 | 0.86 | 4.55 | 55.97 |
| 2017 | 4.39 | 2.33 | 1.06 | 3.38 | 0.70 | 8.44 | 4.12 | 4.24 | 0.47 | 2.12 | 0.81 | 4.56 | 36.62 |
| 2016 | 1.04 | 2.20 | 2.67 | 4.60 | 6.25 | 3.60 | 3.89 | 4.42 | 0.98 | 2.01 | 3.22 | 0.60 | 35.48 |
| 2015 | 3.62 | 2.96 | 2.53 | 5.56 | 16.96 | 3.95 | 0.92 | 0.46 | 2.14 | 9.82 | 9.86 | 3.83 | 62.61 |
| 2014 | 0.33 | 0.41 | 1.45 | 1.74 | 3.40 | 3.26 | 0.98 | 4.34 | 0.06 | 2.09 | 2.13 | 1.13 | 21.32 |
| 2013 | 4.06 | 1.68 | 2.27 | 1.98 | 3.17 | 2.14 | 2.05 | 1.32 | 2.72 | 3.13 | 2.12 | 2.76 | 29.40 |
| 2012 | 6.18 | 1.88 | 5.74 | 4.24 | 1.66 | 2.82 | 0.78 | 3.19 | 1.75 | 1.02 | 0.05 | 1.95 | 31.26 |
| 2011 | 1.60 | 0.92 | 0.07 | 2.46 | 7.95 | 2.84 | 0.09 | 0.96 | 0.66 | 3.12 | 0.86 | 4.35 | 25.88 |
| 2010 | 2.76 | 2.83 | 3.57 | 2.03 | 1.09 | 2.08 | 3.13 | 0.41 | 9.09 | 1.16 | 1.50 | 2.05 | 31.70 |
| 2009 | 0.82 | 0.72 | 5.56 | 3.54 | 4.36 | 3.98 | 2.09 | 1.64 | 6.52 | 8.05 | 1.76 | 1.85 | 40.89 |
| 2008 | 0.27 | 2.30 | 6.07 | 3.85 | 2.21 | 0.84 | 0.81 | 2.82 | 0.84 | 2.29 | 4.53 | 0.27 | 27.10 |
| 2007 | 5.58 | 0.43 | 3.81 | 2.82 | 8.34 | 11.10 | 5.54 | 0.35 | 4.99 | 3.53 | 1.22 | 2.34 | 50.05 |
| 2006 | 2.25 | 3.85 | 4.40 | 1.86 | 1.90 | 0.34 | 1.78 | 0.52 | 2.60 | 4.34 | 2.58 | 3.33 | 29.75 |
| 2005 | 4.33 | 1.62 | 2.17 | 0.56 | 3.35 | 1.14 | 0.74 | 2.46 | 1.36 | 0.89 | 0.02 | 0.33 | 18.97 |
| 2004 | 3.04 | 3.84 | 1.71 | 2.96 | 4.73 | 10.49 | 4.16 | 4.24 | 1.02 | 5.72 | 5.01 | 0.65 | 47.57 |
| 2003 | 0.22 | 3.07 | 0.85 | 1.90 | 2.53 | 5.17 | 0.08 | 1.85 | 3.99 | 0.78 | 3.15 | 0.96 | 24.55 |
| 2002 | 4.90 | 0.94 | 7.39 | 5.68 | 5.40 | 3.10 | 3.07 | 1.47 | 1.38 | 6.44 | 0.52 | 4.13 | 44.42 |
| 2001 | 2.44 | 6.17 | 5.27 | 0.89 | 5.58 | 1.28 | 3.85 | 2.72 | 3.72 | 1.87 | 1.11 | 3.24 | 38.14 |
| 2000 | 1.59 | 3.30 | 2.91 | 4.28 | 3.17 | 5.93 | T | 0.00 | 0.17 | 4.38 | 6.95 | 3.57 | 36.26 |
| 1999 | 1.44 | 0.48 | 2.84 | 2.74 | 6.91 | 0.99 | 0.77 | T | 2.30 | 2.26 | 0.31 | 2.55 | 23.59 |
| 1998 | 5.07 | 3.22 | 4.45 | 1.25 | 2.38 | 1.75 | 0.11 | 0.35 | 0.68 | 5.64 | 4.91 | 4.43 | 34.24 |
| 1997 | 0.33 | 7.40 | 2.21 | 6.73 | 3.92 | 3.99 | 1.68 | 3.13 | 2.01 | 5.66 | 1.01 | 6.93 | 45.00 |
| 1996 | 0.97 | 0.35 | 2.36 | 2.14 | 0.95 | 3.42 | 3.85 | 5.02 | 1.51 | 6.56 | 5.54 | 0.47 | 33.14 |
| 1995 | 2.11 | 0.44 | 6.69 | 6.83 | 7.50 | 2.41 | 3.45 | 0.86 | 1.54 | 0.75 | 0.74 | 2.07 | 35.39 |
| 1994 | 1.43 | 2.01 | 1.69 | 3.62 | 5.80 | 2.05 | 4.58 | 4.89 | 1.39 | 8.19 | 6.03 | 2.42 | 44.10 |
| 1993 | 1.74 | 5.78 | 3.03 | 3.49 | 1.75 | 3.75 | 0.00 | 0.75 | 3.28 | 5.10 | 1.62 | 2.54 | 32.83 |
| 1992 | 3.25 | 2.40 | 3.24 | 2.46 | 6.93 | 5.23 | 2.48 | 2.08 | 3.25 | 3.05 | 3.56 | 4.26 | 42.19 |
| 1991 | 2.72 | 2.60 | 1.35 | 3.63 | 6.97 | 4.26 | 3.99 | 4.30 | 4.61 | 9.32 | 1.04 | 8.75 | 53.54 |
| 1990 | 4.54 | 4.72 | 5.89 | 6.90 | 7.16 | 1.89 | 2.60 | 2.37 | 1.12 | 2.81 | 3.81 | 1.46 | 45.27 |
| 1989 | 2.56 | 3.70 | 3.72 | 1.86 | 9.62 | 8.75 | 2.61 | 1.89 | 2.40 | 2.02 | 0.49 | 0.33 | 39.95 |
| 1988 | 0.88 | 1.23 | 2.03 | 2.21 | 2.11 | 3.23 | 2.47 | 0.44 | 4.04 | 1.64 | 2.28 | 2.48 | 25.04 |
| 1987 | 1.22 | 3.67 | 1.70 | 0.11 | 5.95 | 3.45 | 1.77 | 0.81 | 1.38 | 0.12 | 4.17 | 2.90 | 27.25 |
| 1986 | T | 2.49 | 1.08 | 5.30 | 5.52 | 3.92 | 0.41 | 1.63 | 4.60 | 1.81 | 3.25 | 2.44 | 32.45 |
| 1985 | 0.81 | 2.62 | 3.70 | 3.75 | 2.13 | 3.78 | 2.40 | 0.53 | 3.35 | 3.91 | 3.11 | 0.61 | 30.70 |
| 1984 | 1.07 | 3.11 | 4.92 | 1.41 | 3.04 | 2.79 | 0.43 | 1.47 | 0.09 | 6.50 | 2.97 | 6.09 | 33.89 |
| 1983 | 2.55 | 1.25 | 4.36 | 0.59 | 5.83 | 2.07 | 1.56 | 5.55 | 0.22 | 4.04 | 2.22 | 0.83 | 31.07 |
| 1982 | 2.33 | 1.89 | 1.71 | 2.71 | 13.66 | 4.28 | 2.73 | 0.52 | 0.58 | 3.36 | 4.22 | 2.76 | 40.75 |
| 1981 | 0.58 | 1.44 | 3.39 | 2.69 | 6.24 | 7.85 | 1.81 | 2.32 | 2.40 | 14.18 | 1.53 | 0.17 | 44.60 |
| 1980 | 2.52 | 0.84 | 1.24 | 2.23 | 3.01 | 1.25 | 0.71 | T | 6.54 | 1.08 | 1.23 | 1.43 | 22.08 |
| 1979 | 3.35 | 1.52 | 6.33 | 2.03 | 5.90 | 1.36 | 1.94 | 2.47 | 0.99 | 3.38 | 0.43 | 2.72 | 32.42 |
| 1978 | 1.41 | 3.33 | 2.66 | 1.34 | 8.01 | 0.77 | 0.33 | 1.53 | 0.93 | 0.55 | 2.73 | 0.78 | 24.37 |
| 1977 | 2.39 | 1.68 | 5.88 | 4.31 | 0.99 | 0.69 | 2.20 | 2.33 | 1.72 | 2.96 | 1.79 | 0.25 | 27.19 |
| 1976 | 0.13 | 0.52 | 2.29 | 5.71 | 6.03 | 1.40 | 3.83 | 4.75 | 5.02 | 3.46 | 0.50 | 1.99 | 35.63 |
| 1975 | 3.34 | 3.72 | 1.67 | 3.40 | 6.88 | 1.95 | 5.06 | 0.30 | 0.87 | T | 0.42 | 1.49 | 29.10 |
| 1974 | 1.79 | 1.01 | 0.80 | 2.51 | 6.00 | 5.44 | 0.67 | 4.19 | 6.04 | 5.93 | 3.32 | 1.93 | 39.63 |
| 1973 | 3.26 | 1.92 | 2.28 | 6.06 | 3.18 | 5.88 | 11.13 | 0.01 | 7.16 | 6.85 | 2.06 | 0.83 | 50.62 |
| 1972 | 1.09 | 0.26 | 0.10 | 3.25 | 2.35 | 1.50 | 0.59 | 0.81 | 2.42 | 6.89 | 2.36 | 0.61 | 22.23 |
| 1971 | 0.19 | 1.32 | 0.34 | 2.76 | 1.88 | 0.83 | 3.60 | 5.70 | 3.24 | 7.64 | 1.77 | 6.99 | 36.26 |
| 1970 | 0.72 | 4.78 | 3.49 | 4.68 | 3.62 | 0.61 | 0.94 | 6.85 | 6.25 | 2.95 | 0.20 | 1.01 | 36.10 |
| 1969 | 1.26 | 1.99 | 3.62 | 3.40 | 7.12 | 0.63 | 0.77 | 2.56 | 4.55 | 5.82 | 1.22 | 2.75 | 35.69 |
| 1968 | 3.60 | 1.48 | 6.39 | 2.41 | 6.02 | 3.50 | 1.88 | 2.71 | 2.53 | 2.18 | 4.58 | 1.20 | 38.48 |
| 1967 | 0.28 | 0.32 | 2.09 | 3.84 | 4.02 | 0.72 | 2.20 | 0.48 | 5.94 | 4.19 | 0.92 | 2.30 | 27.30 |
| 1966 | 1.68 | 2.84 | 1.38 | 10.74 | 3.13 | 5.47 | 3.26 | 3.38 | 4.23 | 1.48 | 0.53 | 1.17 | 39.29 |
| 1965 | 2.77 | 6.20 | 1.45 | 2.15 | 8.97 | 1.50 | 0.09 | 2.26 | 5.04 | 1.97 | 2.43 | 1.73 | 36.56 |
| 1964 | 3.53 | 1.17 | 3.35 | 2.71 | 2.85 | 0.40 | 0.25 | 2.43 | 9.52 | 0.62 | 6.23 | 1.25 | 34.31 |
| 1963 | 0.86 | 0.15 | 0.48 | 6.20 | 2.52 | 0.57 | 2.28 | 2.73 | 1.70 | 0.23 | 1.29 | 1.45 | 20.46 |
| 1962 | 1.00 | 2.01 | 1.80 | 5.66 | 1.58 | 6.94 | 6.36 | 3.22 | 3.79 | 4.15 | 3.93 | 0.99 | 41.43 |
| 1961 | 3.29 | 2.20 | 2.95 | 2.23 | 1.06 | 5.93 | 2.32 | 0.02 | 2.92 | 2.82 | 2.72 | 2.12 | 30.58 |
| 1960 | 2.29 | 2.16 | 0.74 | 1.67 | 1.89 | 1.72 | 3.96 | 2.76 | 1.25 | 1.82 | 0.49 | 4.22 | 24.97 |
| 1959 | 0.36 | 1.61 | 2.31 | 0.92 | 3.27 | 5.27 | 3.27 | 0.93 | 2.40 | 9.22 | 1.74 | 2.84 | 34.14 |

DFW – Monthly and Annual Precipitation

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-------|
| 1958 | 1.70 | 0.84 | 5.49 | 8.63 | 1.50 | 0.67 | 3.69 | 3.64 | 5.10 | 1.07 | 2.26 | 1.09 | 35.68 |
| 1957 | 1.72 | 1.77 | 4.18 | 12.19 | 12.64 | 3.96 | 0.65 | 0.12 | 3.23 | 3.53 | 4.72 | 1.78 | 50.49 |
| 1956 | 1.34 | 2.54 | 0.11 | 3.12 | 3.83 | 0.88 | 0.38 | 0.23 | 0.23 | 1.20 | 2.61 | 2.08 | 18.55 |
| 1955 | 1.17 | 2.01 | 2.15 | 1.94 | 6.58 | 4.99 | 0.64 | 1.00 | 3.68 | 0.20 | 0.59 | 0.21 | 25.16 |
| 1954 | 2.08 | 0.73 | 0.66 | 3.62 | 4.38 | 1.20 | 0.24 | 0.81 | 1.46 | 2.35 | 1.24 | 0.78 | 19.55 |
| 1953 | 0.54 | 1.34 | 2.52 | 4.82 | 3.55 | 0.55 | 0.97 | 1.09 | 1.68 | 4.27 | 2.09 | 1.32 | 24.74 |
| 1952 | 0.58 | 1.12 | 1.39 | 6.51 | 3.21 | T | 0.56 | 0.44 | 0.54 | 0.01 | 5.84 | 2.49 | 22.69 |
| 1951 | 1.39 | 2.42 | 1.33 | 2.27 | 4.60 | 4.12 | 2.22 | 0.47 | 1.84 | 1.62 | 1.00 | 0.09 | 23.37 |
| 1950 | 5.01 | 2.47 | 1.58 | 4.73 | 6.16 | 3.16 | 4.53 | 3.05 | 3.21 | 0.30 | 0.02 | T | 34.22 |
| 1949 | 5.45 | 4.75 | 3.69 | 2.47 | 10.64 | 3.52 | 0.10 | 2.27 | 3.13 | 6.50 | 0.09 | 1.04 | 43.65 |
| 1948 | 0.96 | 4.12 | 1.07 | 1.11 | 4.34 | 2.46 | 1.93 | 0.90 | 0.19 | 2.09 | 0.50 | 0.44 | 20.11 |
| 1947 | 1.21 | 0.55 | 2.92 | 2.98 | 2.50 | 4.08 | 0.10 | 4.18 | 2.81 | 2.14 | 2.23 | 4.50 | 30.20 |
| 1946 | 2.79 | 2.93 | 2.80 | 2.49 | 12.09 | 0.65 | 0.90 | 6.84 | 2.69 | 1.31 | 6.50 | 3.40 | 45.39 |
| 1945 | 1.92 | 6.96 | 6.19 | 2.87 | 1.81 | 4.12 | 3.07 | 0.62 | 2.17 | 2.31 | 1.13 | 0.55 | 33.72 |
| 1944 | 2.58 | 4.81 | 1.30 | 2.70 | 6.42 | 0.76 | 2.52 | 2.65 | 0.80 | 2.53 | 3.82 | 3.60 | 34.49 |
| 1943 | 0.20 | 0.51 | 4.05 | 1.63 | 7.83 | 3.93 | 0.73 | T | 7.31 | 0.73 | 0.51 | 3.32 | 30.75 |
| 1942 | 0.39 | 0.64 | 1.37 | 16.97 | 2.85 | 3.23 | 0.62 | 4.69 | 3.82 | 6.18 | 0.92 | 1.59 | 43.27 |
| 1941 | 1.45 | 3.42 | 1.52 | 3.52 | 2.02 | 7.12 | 1.49 | 2.71 | 1.28 | 3.68 | 1.08 | 1.88 | 31.17 |
| 1940 | 0.59 | 2.00 | 0.40 | 5.97 | 7.15 | 7.30 | 2.86 | 2.16 | 0.68 | 1.47 | 6.35 | 4.72 | 41.65 |
| 1939 | 2.66 | 2.42 | 1.64 | 1.48 | 2.54 | 4.04 | 2.02 | 1.44 | 0.12 | 0.55 | 2.72 | 0.68 | 22.31 |
| 1938 | 2.74 | 4.57 | 3.89 | 3.03 | 2.80 | 1.61 | 2.16 | 0.11 | 0.78 | 0.11 | 1.17 | 1.26 | 24.23 |
| 1937 | 1.71 | 0.30 | 3.88 | 0.58 | 1.00 | 5.74 | 1.93 | 1.02 | 0.32 | 3.55 | 4.39 | 5.31 | 29.73 |
| 1936 | 0.67 | 0.45 | 0.63 | 0.99 | 9.48 | 0.03 | 2.35 | 0.23 | 7.30 | 3.72 | 0.46 | 1.84 | 28.15 |
| 1935 | 3.70 | 3.29 | 1.40 | 3.06 | 9.15 | 7.22 | 0.89 | 0.70 | 3.61 | 4.01 | 1.65 | 2.26 | 40.94 |
| 1934 | 1.86 | 1.67 | 4.26 | 2.39 | 0.82 | T | 0.08 | 0.13 | 4.90 | 0.12 | 2.30 | 0.56 | 19.09 |
| 1933 | 1.96 | 2.47 | 2.18 | 1.57 | 4.67 | 0.03 | 5.70 | 2.25 | 4.94 | 1.24 | 0.66 | 2.13 | 29.80 |
| 1932 | 9.07 | 4.92 | 0.63 | 3.43 | 6.03 | 3.04 | 2.07 | 2.92 | 10.80 | 1.66 | 1.56 | 4.90 | 51.03 |
| 1931 | 1.79 | 2.84 | 4.20 | 1.97 | 2.42 | 2.43 | 0.44 | 3.38 | 1.25 | 3.39 | 2.78 | 2.73 | 29.62 |
| 1930 | 0.84 | 1.08 | 2.86 | 2.37 | 10.37 | 1.87 | 0.37 | 3.12 | 1.19 | 7.96 | 1.71 | 2.08 | 35.82 |
| 1929 | 2.08 | 2.78 | 1.39 | 2.06 | 5.83 | 0.20 | 0.43 | T | 2.29 | 2.12 | 1.50 | 0.41 | 21.09 |
| 1928 | 0.46 | 3.53 | 1.10 | 5.70 | 3.77 | 11.58 | 4.24 | 2.13 | 0.45 | 4.15 | 1.97 | 5.50 | 44.58 |
| 1927 | 1.45 | 1.77 | 2.19 | 3.66 | 0.44 | 3.33 | 1.53 | 0.80 | 4.00 | 4.47 | 0.58 | 2.59 | 26.81 |
| 1926 | 4.04 | 0.08 | 3.60 | 3.73 | 3.79 | 3.32 | 4.13 | 4.39 | 1.41 | 3.16 | 0.73 | 3.03 | 35.41 |
| 1925 | 1.44 | 0.74 | 0.02 | 3.59 | 8.11 | 0.29 | 0.98 | 0.40 | 1.79 | 3.77 | 2.05 | 0.04 | 23.22 |
| 1924 | 0.89 | 1.97 | 4.66 | 2.33 | 4.00 | 1.25 | 0.96 | 3.77 | 3.78 | T | 1.60 | 1.23 | 26.44 |
| 1923 | 4.60 | 2.05 | 1.52 | 5.30 | 0.54 | 6.74 | 0.99 | 1.68 | 2.06 | 6.05 | 1.63 | 4.68 | 37.84 |
| 1922 | 1.63 | 2.00 | 1.57 | 17.64 | 4.58 | 1.76 | 1.35 | 0.52 | 0.41 | 2.33 | 2.57 | 0.06 | 36.42 |
| 1921 | 2.87 | 2.62 | 2.67 | 1.99 | 1.04 | 2.63 | 1.14 | 0.95 | 0.11 | 0.31 | 1.24 | 0.34 | 17.91 |
| 1920 | 3.48 | 0.76 | 4.42 | 0.51 | 8.66 | 2.33 | 3.49 | 4.22 | 2.76 | 6.52 | 1.70 | 1.31 | 40.16 |
| 1919 | 3.03 | 2.03 | 3.34 | 2.06 | 3.99 | 3.72 | 5.25 | 5.00 | 4.12 | 9.44 | 3.32 | 0.44 | 45.74 |
| 1918 | 1.36 | 0.01 | 0.93 | 6.21 | 1.99 | 5.16 | 1.10 | 0.29 | 2.09 | 3.31 | 7.94 | 4.08 | 34.47 |
| 1917 | 1.43 | 1.47 | 2.42 | 4.11 | 3.92 | 1.97 | 2.65 | 1.92 | 2.41 | 0.17 | 1.35 | 0.05 | 23.87 |
| 1916 | 4.01 | 0.01 | 3.68 | 6.99 | 3.70 | 3.30 | 1.38 | 3.84 | 0.73 | 1.89 | 1.82 | 0.11 | 31.46 |
| 1915 | 1.32 | 2.18 | 1.40 | 4.98 | 2.49 | 6.88 | 0.30 | 10.33 | 1.62 | 2.58 | 0.29 | 1.99 | 36.36 |
| 1914 | 0.43 | 1.17 | 2.89 | 5.99 | 10.71 | 2.97 | 0.73 | 9.02 | 1.61 | 0.28 | 6.44 | 4.40 | 46.64 |
| 1913 | 2.30 | 0.87 | 1.04 | 2.47 | 2.74 | 3.03 | 4.36 | T | 7.29 | 2.28 | 5.90 | 5.42 | 37.70 |
| 1912 | 0.17 | 1.22 | 3.34 | 3.20 | 2.71 | 4.26 | 0.27 | 6.56 | 0.83 | 1.51 | 0.33 | 1.95 | 26.35 |
| 1911 | 0.21 | 3.84 | 1.87 | 3.33 | 0.22 | 0.43 | 6.26 | 2.39 | 1.38 | 0.99 | 1.05 | 5.06 | 27.03 |
| 1910 | 1.36 | 1.14 | 1.02 | 2.65 | 5.76 | 1.38 | 0.14 | 0.26 | 2.21 | 0.68 | 0.14 | 1.23 | 17.97 |
| 1909 | 0.09 | 0.11 | 0.41 | 1.66 | 1.09 | 2.97 | 0.02 | 2.38 | 2.08 | 2.20 | 5.11 | 2.81 | 20.93 |
| 1908 | 0.96 | 2.45 | 2.95 | 9.63 | 10.69 | 2.90 | 2.66 | 2.74 | 3.52 | 4.49 | 2.05 | 0.03 | 45.07 |
| 1907 | 0.51 | 1.90 | 0.70 | 1.31 | 6.53 | 2.22 | 4.15 | 0.29 | 1.92 | 3.01 | 5.81 | 2.18 | 30.53 |
| 1906 | 0.93 | 2.08 | 1.99 | 2.56 | 8.24 | 4.13 | 2.56 | 4.98 | 4.16 | 0.91 | 2.19 | 1.22 | 35.95 |
| 1905 | 1.52 | 1.93 | 3.39 | 7.73 | 5.45 | 2.69 | 8.35 | 0.56 | 0.83 | 4.21 | 3.19 | 3.60 | 43.45 |
| 1904 | 1.30 | 1.79 | 4.01 | 2.21 | 3.86 | 5.42 | 2.15 | 3.26 | 2.63 | 5.29 | 0.02 | 0.36 | 32.30 |
| 1903 | 1.83 | 5.07 | 2.03 | 0.59 | 1.84 | 4.84 | 1.84 | 1.57 | 2.70 | 4.53 | 0.00 | 0.30 | 27.14 |
| 1902 | 0.42 | 0.36 | 3.80 | 1.81 | 4.31 | 0.58 | 6.29 | T | 2.40 | 1.40 | 6.89 | 1.05 | 29.31 |
| 1901 | 0.08 | 1.59 | 1.57 | 2.04 | 4.50 | 0.33 | 1.99 | 1.29 | 1.67 | 1.90 | 2.10 | 0.59 | 19.65 |
| 1900 | 0.70 | 0.12 | 0.73 | 7.34 | 6.58 | 0.84 | 5.90 | 1.43 | 9.12 | 3.22 | 0.56 | 0.35 | 36.89 |
| 1899 | 1.24 | 0.21 | 0.32 | 2.32 | 2.01 | 2.78 | 1.66 | 0.02 | 1.02 | 1.49 | 3.06 | 1.98 | 18.11 |
| 1898 | | | | | | | | | | 0.29 | 1.59 | 1.42 | 2.70 | NA |

While the climate record for Dallas/Fort Worth is considered continuous, the precipitation totals are from the following locations...

1. 1898-1940:  Downtown Fort Worth
2. 1940-1953:  Fort Worth Meacham Field
3. 1953-1974:  Greater Southwest International Airport
4. 1974-present:  Dallas/Fort Worth International Airport

