**Exhibit 2**: Houston Area Monthly Total Rainfalls from 1888- present

## Monthly Total Precipitation for Houston Area, TX (ThreadEx)

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 4.08 | 1.73 | 0.50 | 3.36 | 7.16 | 6.88 | 2.79 | M | M | M | M | M | M |
| 2018 | 3.06 | 5.73 | 2.97 | 1.90 | 3.83 | 6.64 | 6.04 | 0.85 | 8.60 | 7.02 | 1.76 | 7.62 | 56.02 |
| 2017 | 6.09 | 2.42 | 5.63 | 1.68 | 2.41 | 7.19 | 6.29 | 39.11 | 1.23 | 3.42 | 0.50 | 3.72 | 79.69 |
| 2016 | 2.16 | 1.95 | 3.25 | 14.39 | 7.20 | 13.12 | 1.09 | 10.41 | 1.70 | 0.14 | 1.99 | 3.56 | 60.96 |
| 2015 | 3.17 | 0.66 | 6.34 | 6.10 | 14.17 | 11.39 | 0.61 | 2.94 | 2.59 | 13.05 | 3.80 | 5.21 | 70.03 |
| 2014 | 0.96 | 2.39 | 2.45 | 1.56 | 11.71 | 2.18 | 5.40 | 1.24 | 3.88 | 2.95 | 3.40 | 5.60 | 43.72 |
| 2013 | 3.21 | 1.32 | 0.89 | 2.88 | 1.02 | 4.46 | 4.09 | 3.33 | 5.09 | 7.08 | 3.81 | 1.66 | 38.84 |
| 2012 | 5.07 | 5.98 | 7.14 | 3.28 | 0.77 | 4.97 | 4.71 | 3.88 | 2.02 | 1.00 | 0.65 | 2.85 | 42.32 |
| 2011 | 5.05 | 0.69 | 0.78 | 0.11 | 0.33 | 0.92 | 2.98 | 0.09 | 1.28 | 3.36 | 4.70 | 4.28 | 24.57 |
| 2010 | 2.53 | 3.55 | 1.88 | 2.81 | 3.68 | 3.75 | 12.92 | 1.02 | 4.81 | 0.02 | 2.71 | 3.04 | 42.72 |
| 2009 | 0.49 | 1.52 | 4.08 | 10.38 | 0.38 | 0.27 | 2.84 | 2.11 | 4.68 | 13.16 | 1.66 | 5.44 | 47.01 |
| 2008 | 4.62 | 4.00 | 2.41 | 1.46 | 4.57 | 2.06 | 1.09 | 7.45 | 12.07 | 8.67 | 2.92 | 1.68 | 53.00 |
| 2007 | 5.72 | 1.15 | 6.40 | 3.86 | 9.88 | 3.07 | 9.94 | 8.05 | 3.05 | 6.85 | 5.49 | 2.06 | 65.52 |
| 2006 | 2.50 | 1.46 | 2.36 | 2.93 | 8.78 | 7.84 | 7.85 | 3.40 | 3.22 | 14.53 | 0.92 | 2.07 | 57.86 |
| 2005 | 3.41 | 6.10 | 4.05 | 1.28 | 6.06 | 0.08 | 5.30 | 1.52 | 2.63 | 1.69 | 2.72 | 6.37 | 41.21 |
| 2004 | 6.01 | 5.58 | 2.23 | 5.56 | 7.33 | 18.33 | 0.79 | 2.49 | 1.01 | 2.05 | 11.73 | 1.95 | 65.06 |
| 2003 | 2.09 | 4.08 | 2.04 | 1.46 | 0.06 | 3.62 | 5.35 | 4.47 | 6.79 | 4.99 | 7.80 | 2.99 | 45.74 |
| 2002 | 1.24 | 0.89 | 2.36 | 3.79 | 1.79 | 4.54 | 7.11 | 5.47 | 8.02 | 14.65 | 4.20 | 5.65 | 59.71 |
| 2001 | 4.25 | 0.82 | 7.97 | 2.00 | 3.53 | 19.21 | 2.05 | 4.83 | 8.82 | 8.95 | 2.58 | 6.18 | 71.19 |
| 2000 | 1.25 | 2.32 | 1.35 | 5.52 | 12.35 | 3.29 | 0.64 | 2.11 | 4.34 | 3.27 | 8.50 | 2.69 | 47.63 |
| 1999 | 2.12 | 0.80 | 3.44 | 1.06 | 4.10 | 5.26 | 5.11 | 0.50 | 1.36 | 0.56 | 1.53 | 2.20 | 28.04 |
| 1998 | 4.35 | 5.85 | 2.32 | 1.21 | 0.04 | 2.87 | 1.65 | 4.38 | 10.16 | 7.79 | 10.21 | 4.01 | 54.84 |
| 1997 | 3.26 | 5.35 | 7.96 | 7.17 | 6.69 | 4.46 | 2.30 | 2.26 | 4.86 | 7.11 | 3.38 | 5.42 | 60.22 |
| 1996 | 0.88 | 1.29 | 0.12 | 2.05 | 0.56 | 8.37 | 1.11 | 10.58 | 6.96 | 2.60 | 4.55 | 3.74 | 42.81 |
| 1995 | 5.95 | 2.55 | 4.11 | 2.59 | 3.83 | 4.11 | 2.68 | 4.90 | 2.52 | 2.77 | 3.63 | 4.99 | 44.63 |
| 1994 | 2.08 | 2.79 | 2.39 | 2.11 | 5.02 | 3.40 | 1.60 | 5.45 | 1.12 | 10.62 | 1.67 | 4.90 | 43.15 |
| 1993 | 5.79 | 2.67 | 6.41 | 7.88 | 8.50 | 12.08 | 0.47 | 1.82 | 1.10 | 5.32 | 3.27 | 2.68 | 57.99 |
| 1992 | 7.70 | 5.99 | 6.28 | 3.74 | 7.05 | 3.38 | 3.85 | 2.78 | 1.08 | 1.03 | 5.99 | 3.46 | 52.33 |
| 1991 | 9.78 | 5.79 | 1.77 | 8.06 | 4.02 | 7.69 | 1.31 | 2.97 | 2.76 | 2.57 | 5.03 | 9.34 | 61.09 |
| 1990 | 3.96 | 4.54 | 5.11 | 6.21 | 2.23 | 2.98 | 4.85 | 0.31 | 1.57 | 3.79 | 3.01 | 1.81 | 40.37 |
| 1989 | 4.80 | 0.90 | 3.96 | 1.48 | 13.56 | 16.28 | 1.92 | 2.74 | 2.69 | 1.76 | 1.84 | 0.80 | 52.73 |
| 1988 | 1.27 | 1.29 | 4.88 | 1.26 | 1.32 | 2.00 | 3.23 | 3.52 | 1.20 | 1.29 | 0.41 | 1.26 | 22.93 |
| 1987 | 2.42 | 4.26 | 0.88 | 0.47 | 5.39 | 9.31 | 4.79 | 1.48 | 3.46 | 0.17 | 3.41 | 4.56 | 40.60 |
| 1986 | 0.71 | 2.74 | 1.44 | 2.63 | 4.29 | 6.34 | 0.61 | 3.27 | 3.70 | 6.83 | 6.66 | 5.71 | 44.93 |
| 1985 | 2.10 | 5.38 | 4.52 | 4.31 | 1.57 | 5.29 | 4.93 | 1.14 | 4.67 | 6.54 | 4.84 | 3.85 | 49.14 |
| 1984 | 3.99 | 4.37 | 2.41 | 0.56 | 3.13 | 1.99 | 3.43 | 3.52 | 3.87 | 16.05 | 2.28 | 2.59 | 48.19 |
| 1983 | 2.00 | 3.97 | 3.85 | 0.43 | 7.29 | 5.37 | 5.23 | 9.42 | 7.23 | 1.56 | 3.17 | 3.69 | 53.21 |
| 1982 | 1.82 | 1.59 | 1.55 | 2.28 | 6.87 | 1.10 | 4.32 | 1.90 | 0.98 | 6.64 | 8.91 | 4.91 | 42.87 |
| 1981 | 2.32 | 2.21 | 1.74 | 2.69 | 8.75 | 9.65 | 4.43 | 7.01 | 2.91 | 6.96 | 5.26 | 2.05 | 55.98 |
| 1980 | 6.09 | 2.54 | 5.39 | 2.05 | 5.63 | 0.92 | 1.57 | 1.40 | 6.00 | 4.03 | 2.12 | 1.25 | 38.99 |
| 1979 | 6.30 | 5.23 | 2.88 | 7.79 | 3.78 | 1.88 | 8.10 | 4.57 | 9.83 | 2.80 | 1.78 | 4.03 | 58.97 |
| 1978 | 7.15 | 3.07 | 1.70 | 0.57 | 4.15 | 9.37 | 2.35 | 3.66 | 4.27 | 0.05 | 5.99 | 2.60 | 44.93 |
| 1977 | 2.67 | 1.70 | 1.95 | 4.34 | 0.79 | 3.55 | 2.69 | 4.45 | 3.92 | 0.82 | 5.17 | 2.89 | 34.94 |
| 1976 | 1.39 | 0.38 | 1.53 | 10.92 | 5.80 | 2.63 | 3.93 | 1.59 | 11.35 | 5.83 | 3.05 | 6.22 | 54.62 |
| 1975 | 1.97 | 2.63 | 3.19 | 4.80 | 7.57 | 7.50 | 5.48 | 5.72 | 0.80 | 5.62 | 2.08 | 3.61 | 50.97 |
| 1974 | 7.68 | 0.55 | 4.20 | 1.68 | 5.61 | 0.59 | 1.75 | 6.94 | 4.51 | 4.53 | 7.90 | 3.35 | 49.29 |
| 1973 | 5.00 | 3.40 | 3.68 | 7.15 | 4.22 | 13.46 | 6.77 | 3.73 | 9.38 | 9.31 | 1.59 | 2.47 | 70.16 |
| 1972 | 3.30 | 1.20 | 8.52 | 2.85 | 6.99 | 3.02 | 2.76 | 3.90 | 6.23 | 3.34 | 6.49 | 2.20 | 50.80 |
| 1971 | 0.36 | 2.11 | 1.21 | 2.14 | 3.41 | 2.42 | 1.42 | 6.95 | 5.17 | 3.49 | 1.82 | 7.33 | 37.83 |
| 1970 | 1.93 | 2.52 | 5.08 | 2.21 | 14.39 | 0.26 | 2.28 | 2.03 | 6.22 | 9.09 | 1.54 | 0.64 | 48.19 |
| 1969 | 3.33 | 3.67 | 2.82 | 2.91 | 2.90 | 1.51 | 3.89 | 2.67 | 6.08 | 3.30 | 2.13 | 4.38 | 39.59 |
| 1968 | 6.31 | 1.51 | 2.46 | 1.92 | 11.03 | 10.19 | 2.14 | 1.68 | 5.51 | 3.29 | 3.91 | 1.20 | 51.15 |
| 1967 | 1.89 | 1.74 | 0.77 | 1.97 | 5.05 | 0.41 | 4.80 | 1.88 | 4.24 | 3.06 | 0.44 | 4.18 | 30.43 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mean** | 3.56 | 3.01 | 3.02 | 3.56 | 4.70 | 4.78 | 4.13 | 3.94 | 4.07 | 4.23 | 3.79 | 3.97 | 46.78 |
| **Max** | 13.11 1891 | 9.80 1959 | 10.66 1922 | 14.39 2016 | 15.87 1907 | 19.21 2001 | 14.80 1900 | 39.11 2017 | 13.37 1913 | 17.64 1949 | 14.10 1943 | 14.38 1923 | 79.69 2017 |
| **Min** | 0.07 1909 | 0.03 1916 | 0.00 1889 | 0.11 2011 | T 1937 | 0.08 2005 | 0.24 1944 | T 1927 | 0.15 1929 | T 1934 | 0.09 1949 | 0.43 1889 | 17.66 1917 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966 | 4.41 | 5.65 | 2.61 | 6.80 | 7.89 | 3.56 | 3.94 | 3.91 | 1.96 | 5.09 | 0.50 | 1.83 | 48.15 |
| 1965 | 2.62 | 3.46 | 0.53 | 0.79 | 4.66 | 1.30 | 3.13 | 1.86 | 4.56 | 3.40 | 3.80 | 6.05 | 36.16 |
| 1964 | 2.86 | 3.36 | 2.33 | 1.47 | 1.89 | 2.32 | 0.76 | 3.80 | 5.34 | 1.72 | 3.42 | 3.78 | 33.05 |
| 1963 | 3.83 | 2.79 | 0.84 | 1.60 | 4.73 | 8.36 | 0.78 | 1.82 | 6.29 | 0.01 | 3.27 | 3.81 | 38.13 |
| 1962 | 1.04 | 0.77 | 1.42 | 5.65 | 1.68 | 8.08 | 1.55 | 2.43 | 2.93 | 5.69 | 5.35 | 4.68 | 41.27 |
| 1961 | 3.50 | 6.46 | 1.33 | 4.67 | 0.63 | 8.07 | 8.71 | 3.23 | 4.17 | 0.23 | 6.76 | 1.50 | 49.26 |
| 1960 | 2.00 | 3.99 | 0.85 | 2.21 | 0.88 | 14.38 | 5.48 | 5.87 | 1.86 | 10.85 | 4.72 | 6.73 | 59.82 |
| 1959 | 1.90 | 9.80 | 0.80 | 6.92 | 7.50 | 6.52 | 8.17 | 6.99 | 4.24 | 4.89 | 1.45 | 4.67 | 63.85 |
| 1958 | 5.35 | 2.63 | 1.40 | 3.08 | 1.55 | 2.10 | 1.94 | 3.60 | 11.74 | 5.90 | 1.65 | 0.54 | 41.48 |
| 1957 | 1.41 | 2.29 | 7.05 | 9.46 | 1.99 | 3.49 | 4.68 | 1.30 | 9.37 | 6.61 | 8.24 | 1.38 | 57.27 |
| 1956 | 3.19 | 1.80 | 1.23 | 2.33 | 2.07 | 4.41 | 2.37 | 1.05 | 1.08 | 3.44 | 3.59 | 5.00 | 31.56 |
| 1955 | 5.51 | 5.26 | 0.63 | 2.05 | 2.79 | 2.50 | 10.04 | 6.66 | 1.67 | 0.71 | 1.36 | 1.90 | 41.08 |
| 1954 | 2.55 | 0.17 | 0.81 | 6.09 | 2.97 | 0.53 | 7.66 | 1.57 | 0.45 | 4.91 | 1.76 | 2.31 | 31.78 |
| 1953 | 2.60 | 3.28 | 0.14 | 2.30 | 8.13 | 2.44 | 0.92 | 7.43 | 0.34 | 2.64 | 5.11 | 4.97 | 40.30 |
| 1952 | 1.21 | 5.78 | 1.86 | 5.44 | 2.76 | 2.48 | 3.42 | 0.74 | 1.26 | 0.02 | 7.73 | 4.36 | 37.06 |
| 1951 | 3.55 | 0.98 | 3.91 | 0.69 | 1.90 | 2.53 | 3.74 | 1.54 | 4.83 | 0.82 | 1.42 | 1.32 | 27.23 |
| 1950 | 4.64 | 5.09 | 0.92 | 6.82 | 3.23 | 7.41 | 5.31 | 0.94 | 2.10 | 0.28 | 2.35 | 1.13 | 40.22 |
| 1949 | 4.59 | 5.40 | 3.05 | 6.53 | 1.36 | 1.19 | 7.48 | 3.83 | 3.44 | 17.64 | 0.09 | 9.62 | 64.22 |
| 1948 | 4.03 | 2.92 | 1.64 | 1.59 | 5.55 | 1.84 | 2.13 | 1.25 | 0.90 | 0.09 | 6.14 | 1.38 | 29.46 |
| 1947 | 3.79 | 0.68 | 2.21 | 1.19 | 10.24 | 5.04 | 0.55 | 4.52 | 0.83 | 2.34 | 5.47 | 4.15 | 41.01 |
| 1946 | 6.34 | 2.84 | 1.95 | 3.15 | 15.03 | 9.37 | 5.44 | 1.15 | 7.76 | 2.21 | 10.77 | 2.96 | 68.97 |
| 1945 | 4.53 | 2.40 | 2.98 | 4.21 | 6.28 | 5.38 | 1.98 | 11.13 | 2.85 | 6.37 | 0.55 | 7.58 | 56.24 |
| 1944 | 8.52 | 1.87 | 5.28 | 0.58 | 10.10 | 1.63 | 0.24 | 6.95 | 8.05 | 0.01 | 6.28 | 5.03 | 54.54 |
| 1943 | 3.48 | 1.04 | 3.99 | 0.74 | 6.27 | 1.40 | 13.53 | 1.32 | 4.41 | 1.31 | 14.10 | 3.80 | 55.39 |
| 1942 | 0.98 | 2.25 | 1.91 | 5.21 | 1.09 | 4.89 | 14.10 | 4.08 | 3.28 | 1.50 | 2.55 | 3.43 | 45.27 |
| 1941 | 2.06 | 3.06 | 5.59 | 7.23 | 5.33 | 9.21 | 5.21 | 3.13 | 6.91 | 10.23 | 1.71 | 2.32 | 61.99 |
| 1940 | 1.53 | 3.18 | 0.66 | 3.21 | 2.22 | 7.21 | 2.79 | 0.82 | 2.49 | 4.85 | 9.06 | 5.30 | 43.32 |
| 1939 | 4.89 | 4.08 | 0.63 | 1.25 | 3.12 | 3.17 | 9.39 | 0.52 | 2.30 | 1.64 | 3.16 | 2.62 | 36.77 |
| 1938 | 3.34 | 3.74 | 1.71 | 2.41 | 10.27 | 3.67 | 7.37 | 1.66 | 4.25 | 1.83 | 1.89 | 3.31 | 45.45 |
| 1937 | 3.25 | 0.45 | 3.89 | 0.33 | T | 3.12 | 2.94 | 4.18 | 4.69 | 6.82 | 1.37 | 7.14 | 38.18 |
| 1936 | 1.94 | 2.11 | 2.31 | 2.03 | 11.55 | 0.53 | 5.12 | 2.95 | 3.56 | 1.06 | 2.15 | 5.81 | 41.12 |
| 1935 | 1.64 | 3.78 | 3.49 | 3.63 | 4.30 | 3.59 | 4.84 | 1.68 | 6.77 | 4.96 | 2.99 | 7.93 | 49.60 |
| 1934 | 9.94 | 3.12 | 4.46 | 4.10 | 1.70 | 0.12 | 4.39 | 1.61 | 3.57 | T | 4.93 | 4.04 | 41.98 |
| 1933 | 3.88 | 3.28 | 3.07 | 0.63 | 1.83 | 1.85 | 7.97 | 6.36 | 4.47 | 1.92 | 2.03 | 3.27 | 40.56 |
| 1932 | 5.45 | 4.27 | 1.22 | 2.56 | 0.56 | 2.14 | 1.88 | 8.03 | 2.64 | 1.06 | 1.20 | 2.89 | 33.90 |
| 1931 | 3.42 | 4.76 | 2.45 | 4.54 | 0.37 | 0.61 | 3.39 | 3.62 | 2.27 | 1.09 | 5.25 | 6.01 | 37.78 |
| 1930 | 3.52 | 2.34 | 1.58 | 0.93 | 6.00 | 0.46 | 2.81 | 0.79 | 2.14 | 7.57 | 2.23 | 4.07 | 34.44 |
| 1929 | 4.12 | 1.43 | 2.33 | 8.02 | 12.03 | 3.20 | 3.84 | 1.33 | 0.15 | 2.97 | 5.30 | 1.68 | 46.40 |
| 1928 | 0.40 | 3.85 | 1.35 | 1.54 | 2.14 | 4.71 | 3.43 | 2.14 | 6.18 | 4.02 | 2.66 | 4.37 | 36.79 |
| 1927 | 3.07 | 1.82 | 2.81 | 2.66 | 0.34 | 5.98 | 4.81 | T | 3.86 | 1.71 | 2.12 | 7.51 | 36.69 |
| 1926 | 4.93 | 1.20 | 9.18 | 2.97 | 3.94 | 8.95 | 2.58 | 6.87 | 2.43 | 4.96 | 2.27 | 3.78 | 54.06 |
| 1925 | 5.41 | 0.63 | 0.94 | 2.93 | 1.71 | 3.01 | 2.49 | 3.95 | 3.41 | 5.99 | 9.21 | 3.20 | 42.88 |
| 1924 | 4.87 | 4.87 | 2.24 | 2.67 | 7.11 | 3.67 | 2.60 | 0.64 | 1.25 | 0.44 | 1.35 | 3.77 | 35.48 |
| 1923 | 1.31 | 4.03 | 5.37 | 9.66 | 3.89 | 6.79 | 0.82 | 3.82 | 6.25 | 2.88 | 3.64 | 14.38 | 62.84 |
| 1922 | 5.98 | 2.25 | 10.66 | 5.22 | 6.07 | 5.51 | 2.11 | 1.72 | 2.34 | 2.90 | 3.82 | 2.97 | 51.55 |
| 1921 | 3.58 | 1.45 | 3.04 | 3.38 | 1.57 | 6.78 | 1.95 | 1.66 | 4.02 | 1.15 | 1.91 | 3.50 | 33.99 |
| 1920 | 6.44 | 1.20 | 2.31 | 0.39 | 4.79 | 3.81 | 3.84 | 11.26 | 4.30 | 9.04 | 6.07 | 3.98 | 57.43 |
| 1919 | 8.52 | 3.12 | 3.25 | 1.16 | 6.14 | 15.85 | 7.30 | 3.82 | 8.68 | 9.72 | 1.78 | 3.04 | 72.38 |
| 1918 | 0.96 | 1.69 | 3.25 | 7.20 | 2.59 | 3.74 | 6.11 | 1.68 | 2.62 | 8.44 | 6.02 | 3.16 | 47.46 |
| 1917 | 1.29 | 1.56 | 0.65 | 2.30 | 2.21 | 0.83 | 3.30 | 1.13 | 1.95 | 0.32 | 0.93 | 1.19 | 17.66 |
| 1916 | 2.81 | 0.03 | T | 2.25 | 4.40 | 1.80 | 8.41 | 6.66 | 2.45 | 1.05 | 2.31 | 3.68 | 35.85 |
| 1915 | 2.22 | 3.16 | 1.54 | 1.90 | 1.39 | 0.39 | 2.92 | 15.43 | 1.14 | 1.08 | 1.51 | 6.12 | 38.80 |
| 1914 | 0.49 | 3.32 | 3.94 | 3.26 | 15.47 | 0.95 | 1.77 | 9.24 | 1.21 | 2.53 | 7.83 | 11.43 | 61.44 |
| 1913 | 3.34 | 3.16 | 3.31 | 4.49 | 3.56 | 2.63 | 1.37 | 0.88 | 13.37 | 9.86 | 2.31 | 6.22 | 54.50 |
| 1912 | 1.73 | 3.30 | 2.91 | 6.62 | 5.02 | 0.77 | 7.06 | 2.59 | 1.27 | 3.23 | 0.67 | 10.09 | 45.26 |

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | 3.56 | 3.01 | 3.02 | 3.56 | 4.70 | 4.78 | 4.13 | 3.94 | 4.07 | 4.23 | 3.79 | 3.97 | 46.78 |
| Max | 13.11 1891 | 9.80 1959 | 10.66 1922 | 14.39 2016 | 15.87 1907 | 19.21 2001 | 14.80 1900 | 39.11 2017 | 13.37 1913 | 17.64 1949 | 14.10 1943 | 14.38 1923 | 79.69 2017 |
| Min | 0.07 1909 | 0.03 1916 | 0.00 1889 | 0.11 2011 | T 1937 | 0.08 2005 | 0.24 1944 | T 1927 | 0.15 1929 | T 1934 | 0.09 1949 | 0.43 1889 | 17.66 1917 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1911 | 0.18 | 0.80 | 3.52 | 8.67 | 1.82 | 3.10 | 6.59 | 1.87 | 3.14 | 4.72 | 1.92 | 11.55 | 47.88 |
| 1910 | 1.59 | 2.31 | 0.84 | 0.80 | 7.21 | 2.10 | 4.49 | 2.45 | 1.04 | 1.98 | 0.88 | 4.90 | 30.59 |
| 1909 | 0.07 | 2.25 | 1.02 | 2.29 | 5.64 | 9.52 | 2.53 | 0.78 | 0.48 | 8.22 | 2.68 | 2.32 | 37.80 |
| 1908 | 2.72 | 9.01 | 2.78 | 3.09 | 3.93 | 3.57 | 6.52 | 3.82 | 7.28 | 1.76 | 2.47 | 2.16 | 49.11 |
| 1907 | 1.76 | 2.28 | 3.74 | 0.70 | 15.87 | 0.94 | 3.60 | 3.52 | 5.15 | 9.89 | 10.30 | 4.76 | 62.51 |
| 1906 | M | M | M | M | 0.15 | 1.81 | 5.60 | 1.75 | 5.80 | 6.31 | M | 3.31 | M |
| 1905 | 2.25 | 3.70 | 9.85 | 7.44 | 1.46 | 7.92 | 2.80 | 0.58 | 0.97 | M | M | M | M |
| 1904 | 0.30 | 2.43 | 2.66 | 4.83 | 4.90 | 3.20 | 7.31 | 4.10 | 1.20 | 1.00 | 3.26 | 2.39 | 37.58 |
| 1903 | 4.39 | 6.38 | 6.80 | 3.85 | 2.75 | 3.70 | 4.35 | 6.46 | 2.00 | 1.93 | 1.12 | 2.36 | 46.09 |
| 1902 | 1.16 | 3.86 | 1.13 | 3.65 | 3.77 | 5.01 | 7.44 | 0.37 | 6.78 | 2.92 | 8.81 | 2.38 | 47.28 |
| 1901 | 2.16 | 2.08 | 2.40 | 1.10 | 0.40 | 1.47 | 4.39 | 2.14 | 3.78 | 2.29 | 1.65 | 3.23 | 27.09 |
| 1900 | 7.26 | 4.66 | 4.22 | 6.57 | 3.07 | 3.75 | 14.80 | 10.74 | 5.36 | 1.75 | 4.96 | 5.72 | 72.86 |
| 1899 | 4.59 | 3.03 | 0.27 | 4.57 | 3.49 | 9.26 | 2.47 | 4.91 | 4.24 | 6.09 | 2.61 | 4.17 | 49.70 |
| 1898 | 4.53 | 3.49 | 2.87 | 5.92 | 1.50 | 6.46 | 4.89 | 5.59 | 2.42 | 0.92 | 5.28 | 2.94 | 46.81 |
| 1897 | 5.93 | 1.78 | 2.93 | 0.83 | 7.16 | 0.91 | 2.00 | 7.53 | 5.07 | 6.59 | 1.08 | 4.78 | 46.59 |
| 1896 | 4.09 | 7.50 | 8.58 | 3.02 | 1.87 | 1.21 | 3.44 | 2.38 | 9.93 | 3.10 | 1.99 | 5.67 | 52.78 |
| 1895 | 1.89 | 4.08 | 1.80 | 1.38 | 8.76 | 5.63 | 0.85 | 3.37 | 0.68 | 1.92 | 4.91 | 1.77 | 37.04 |
| 1894 | 3.59 | 4.17 | 5.01 | 1.45 | 2.31 | 5.45 | 2.68 | 5.75 | 3.25 | 0.69 | 0.84 | 1.05 | 36.24 |
| 1893 | 0.65 | 2.12 | 3.52 | 3.21 | 3.00 | 4.75 | 1.62 | 3.07 | 0.34 | 0.73 | 4.96 | 1.06 | 29.03 |
| 1892 | 1.78 | 1.13 | 2.82 | 3.20 | 0.04 | 8.12 | 4.51 | 7.13 | 2.61 | 3.17 | 6.01 | 2.71 | 43.23 |
| 1891 | 13.11 | 3.56 | 2.26 | 2.64 | 1.44 | 2.07 | 4.85 | 1.44 | 5.81 | 0.74 | 4.61 | 5.29 | 47.82 |
| 1890 | 5.48 | 3.60 | 3.94 | 10.59 | 4.41 | 5.79 | 2.04 | 5.75 | 3.50 | 7.36 | 3.50 | 1.55 | 57.51 |
| 1889 | 9.45 | 3.32 | 0.00 | 2.46 | 3.72 | 10.67 | 1.83 | 1.53 | 6.33 | 0.03 | 2.94 | 0.43 | 42.71 |
| 1888 | M | M | M | M | M | M | 2.91 | M | M | M | 6.76 | 4.57 | M |
| Mean | 3.56 | 3.01 | 3.02 | 3.56 | 4.70 | 4.78 | 4.13 | 3.94 | 4.07 | 4.23 | 3.79 | 3.97 | 46.78 |
| Max | 13.11 1891 | 9.80 1959 | 10.66 1922 | 14.39 2016 | 15.87 1907 | 19.21 2001 | 14.80 1900 | 39.11 2017 | 13.37 1913 | 17.64 1949 | 14.10 1943 | 14.38 1923 | 79.69 2017 |
| Min | 0.07 1909 | 0.03 1916 | 0.00 1889 | 0.11 2011 | T 1937 | 0.08 2005 | 0.24 1944 | T 1927 | 0.15 1929 | T 1934 | 0.09 1949 | 0.43 1889 | 17.66 1917 |

Table created 8-6-2019 using National Weather Service website at https://w2.weather.gov/climate/xmacis.php?wfo=hgx.