United States District Court
Southern District of Texas
**ENTERED**
June 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN HECK, Individually and On Behalf if All Others Similarly Situated, | § § § § | |
| Lead Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-1337 |
| ORION GROUP HOLDINGS, INC., MARK R. STAUFFER, CHRISTOPHER J. DEALMEIDA, and ROBERT L. TABB, | § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting defendants' motion to dismiss, and denying Lead Plaintiff's request to amend, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 19th day of June, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE